JUDGE BRODERICK

**22 CV 02032**

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*El Bebe Productions Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and EL BEBE PRODUCTIONS LIMITED,<br><br>*Plaintiffs*<br><br>v.<br><br>BABYTEE STORE, BACKGROUND STORE, BOUTIQUE TREND NO. 2 STORE, COZY PARTY STORE, DESIGNER FABRIC STORE, FEIFEI FABRIC STORE, GENOVO STORE 2 STORE, GENOVO STORE1898 STORE, GFDESIGN BACKDROP STORE, GFUITRR DESIGN BACKDROP STORE, INNITREE STORE, JUNGLET PARTY STORE, KAWAII KIDS STORE, LBING888 STORE, MAKE MUG STORE, PARTY BACKGROUND DECORATION STORE, PHOTURT PROFESSIONAL BACKDROP STORE, SEAMLESSBACKDROP STORE, SENSFUN BACKDROP STORE, SHOP1100077035 STORE, SHOP3407008 STORE, SUPERY PARTY STORE, WONCOL PROFESSIONAL BACKGROUND STORE, WOOLLEN BLANKET NO. 2 STORE, YAYESTUDIO STORE, YIWU TOYSTOCKER TOYS CO., LTD. and YOOBABY STORE,<br><br>*Defendants* | **MISCELLANEOUS ACTION**<br>**No. 22-mc-75**<br><br><br>**ORDER TEMPORARILY**<br>**SEALING FILE**<br><br><br>**FILED UNDER SEAL** |

On this day, the Court considered Plaintiffs' Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiffs' Complaint and exhibits attached thereto and Plaintiffs' *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Rob Miller and Gabriela N. Nastasi and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiffs with certified copies of any orders entered in this matter while under seal.

SIGNED this __10th__ day of ____March____, 2022, at __4:10__ p.m.

_____
UNITED STATES DISTRICT JUDGE