```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MOONBUG ENTERTAINMENT                                       :
LIMITED, et al.,                                            :
                                                            :
                              Plaintiffs,                   :    22-CV-2032 (VSB)
                                                            :
                -against-                                   :         **ORDER**
                                                            :
BABYTEE STORE, et al.,                                      :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiffs initiated this action on March 11, 2022. (Doc. 11.) This case was initially filed under seal. (*See* Doc. 1.) On March 22, 2022, I granted a temporary restraining order against Defendants. (Doc. 19.) On April 25, 2022, I granted a preliminary injunction against Defendants, (Doc. 8), and ordered that this action be unsealed, (Doc. 7). On May 17, 2022, Plaintiffs filed affidavits of service. (Doc. 22.) The deadline for Defendants to respond to Plaintiffs' complaint was April 26, 2022. (*See* Doc. 22.) To date, Defendants have not appeared or responded to the complaint. Accordingly, it is hereby

      ORDERED that on or before July 1, 2022, Plaintiffs file a status update indicating what, if any, additional judicial relief is needed in this action, or if this case may be closed. If Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 1, 2022. If Plaintiffs fail to seek default or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 24, 2022
      New York, New York

                                       Vernon S. Broderick
                                       United States District Judge