UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MOONBUG ENTERTAINMENT :
LIMITED, et al., :
:
                              Plaintiffs, :         22-cv-2032 (VSB)
:
           -against- :         **ORDER**
:
:
BABYTEE STORE, et al., :
:
                             Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Yesterday, I held a conference in this case. In accordance with my comments at the conference, it is hereby

      ORDERED that on or before September 7, 2022, Plaintiffs file a declaration concerning any and all efforts taken to discover physical addresses for service of process against Defendants in this case. The declaration should include a chart delineating, for each Defendant, each and every potential address identified, how each potential address was identified, and any and all efforts taken to investigate the veracity of each address, including but not limited to: Internet-based searches about the address, Internet-based searches about Defendants, phone calls to associated phone numbers, and in-person visits to the address. The declaration should indicate who investigated each address and when, and any relevant qualifications of the investigator. To the extent that Plaintiffs concluded that service of process to an address would be unsuccessful, the declaration should explain why Plaintiffs reached that conclusion.

SO ORDERED.

Dated:  August 25, 2022
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge