UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOONBUG ENTERTAINMENT LIMITED
and EL BEBE PRODUCTIONS LIMITED,

                    Plaintiffs,

            v.

BABYTEE STORE, et al.,

                    Defendants.

22-CV-02032 (JAV)

**ORDER**

JEANNETTE A. VARGAS, United States District Judge:

On November 25, 2025, the Court entered an Order and Permanent Injunction directing the Clerk of Court to enter a judgment awarding Plaintiffs statutory damages in the amount of $75,000 against each of the Defaulting Defendants.  ECF No. 53.  Judgment was accordingly entered on November 26, 2025.  ECF No. 54.  This amount, per the Court's oral order on November 24, 2025, should instead read $50,000.  Pursuant to Federal Rule of Civil Procedure 60(a), the Clerk of Court is directed to correct this clerical error in the Judgment, and to issue a corrected judgment awarding statutory damages in the amount of $50,000 against each of the Defaulting Defendants.

SO ORDERED.

Dated: December 1, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge