**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MOONBUG ENTERTAINMENT LIMITED and
EL BEBE PRODUCTIONS LIMITED,
                              Plaintiffs,

                   -against-

BABYTEE STORE, BACKGROUND STORE,
BOUTIQUE TREND NO. 2 STORE, COZY PARTY
STORE, DESIGNER FABRIC STORE, FEIFEI
FABRIC STORE, GENOVO STORE 2 STORE,
GENOVO STORE1898 STORE, GFDESIGN
BACKDROP STORE, GFUITRR DESIGN
BACKDROP STORE, INNITREE STORE,
JUNGLET PARTY STORE, KAWAII KIDS
STORE, LBING888 STORE, MAKE MUG
STORE, PARTY BACKGROUND DECORATION
STORE, PHOTURT PROFESSIONAL BACKDROP
STORE, SEAMLESSBACKDROP STORE,
SENSFUN BACKDROP STORE, SHOP1100077035
STORE, SHOP3407008 STORE, SUPERY PARTY
STORE, WONCOL PROFESSIONAL
BACKGROUND STORE, WOOLLEN BLANKET
NO. 2 STORE, YAYESTUDIO STORE, YIWU
TOYSTOCKER TOYSCO., LTD. and YOOBABY
STORE
                     Defendants.
-------------------------------------------------------------------X

22 **CIVIL** 2032 (JAV)

**CORRECTED**
**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Orders dated November 25, 2025 and December 1, 2025, Plaintiffs' Motion for Default Judgment is GRANTED as to each of the following Defendants: trend No. 2 Store, Cozy Party Store, GFdesign backdrop Store, GFUITRR Design Backdrop Store, LBING888 Store, Make Mug Store, sensfun backdrop Store, Woncol professional background Store, Yiwu Toystocker Toys

Co., Ltd., and YooBaby Store (collectively, the "Defaulting Defendants"). Judgment is hereby entered in favor of Plaintiffs statutory damages under the Lanham Act, 15 U.S.C. § 1117(c), in the amount of $50,000 against each of the Defaulting Defendants on Counts I, II and III of the Complaint. Plaintiff is also awarded post-judgment interest as provided in 28 U.S.C. § 1961(a). It is FURTHER ORDERED that the 30-day automatic stay on enforcing Plaintiffs' judgments, pursuant to Federal Rule of Civil Procedure 62(a), is hereby dissolved. It is FURTHER ORDERED that Plaintiffs are granted leave to serve restraining notices on Defaulting Defendants pursuant to N.Y. C.P.L.R. § 5222; accordingly, the case is closed.

**DATED**: New York, New York
　　　　　November 26, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

BY: _Negam Dulal_
**Deputy Clerk**